**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| CACI, INC. – FEDERAL,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | Case No. 1:26-cv-01603<br>Judge Zachary N. Somers |

**UNOPPOSED MOTION TO INTERVENE OF AT&T ENTERPRISES, LLC**

Pursuant to Rule 24 of the Rules of the United States Court of Federal Claims, AT&T Enterprises, LLC ("AT&T") respectfully moves to intervene as of right or (alternatively) permissively in the above-captioned case. AT&T counsel conferred with counsel for Plaintiff CACI, Inc.-Federal ("CACI") and the United States (the "Government") prior to filing this motion. The Government and CACI counsel indicated that they do not oppose AT&T's intervention in this bid protest matter. As detailed herein, the law entitles AT&T to intervene as of right or (alternatively) permissively in the above-captioned case.

AT&T is the awardee under U.S. Department of Defense, National Reconnaissance Office ("NRO" or the "Agency") Solicitation No. NRO000-24-R-0186 (the "Solicitation"). CACI has filed a post-award bid protest challenging the Agency's evaluation and award under the Solicitation. The record before this Court likely will involve AT&T's proprietary information.

Under RCFC 24(a)(2), AT&T, as the awardee under the Solicitation, may intervene as a matter of right because AT&T has an interest relating to the subject matter of this action and is "so situated that disposing of the action may as a practical matter impair or impede [AT&T's] ability to protect its interest. . . ." RCFC 24(a)(2). Alternatively, this Court should exercise its discretion

to permit AT&T to intervene pursuant to RCFC 24(b) because Plaintiff challenges the award and AT&T (as the awardee) has rights related to the action. RCFC 24(b)(1)(B). No party to the action is situated to protect AT&T's interests, including AT&T's proprietary information. Permitting AT&T to intervene will not cause delay, and will ensure that the Court has a complete and accurate picture of the facts and circumstances surrounding the protest, including the substantial harm that AT&T will suffer if AT&T's proprietary information is released or the Court grants the relief sought by Plaintiff.

WHEREFORE, AT&T respectfully requests that the Court grant this motion to intervene.

Dated: October 26, 2026

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

/s/ Kara L. Daniels
Kara L. Daniels
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Phone: (202) 942-5768
Email: kara.daniels@arnoldporter.com

*Attorney of Record for AT&T Enterprises, LLC*